

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| DONALD BARRETT | CIVIL ACTION NO. 06-0534 |
| VS. | SECTION P |
| VENETIA MICHAELS, WARDEN | JUDGE DRELL |
| | MAGISTRATE JUDGE KIRK |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Findings and Recommendation in the record;

**IT IS ORDERED** that this plaintiff's *Habeas Corpus* claims are **DISMISSED WITHOUT PREJUDICE** because plaintiff has failed to exhaust state court remedies before proceeding herein.

**THUS DONE AND SIGNED**, in chambers, in Alexandria, Louisiana, on this 20th day of July, 2006.

DEE D. DRELL
**UNITED STATES DISTRICT JUDGE**